TODD KIM
Assistant Attorney General
ALEXANDER M. PURPURO (FL Bar No. 1025872)
Alexander.Purpuro@usdoj.gov
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D. C.  20002
Telephone: (202) 514-9771

*Attorney for Defendants*

[Additional counsel listed in signature block]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION and ECOLOGICAL RIGHTS FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, MARTHA GUZMAN, in her official capacity as Regional Administrator of the U.S. Environmental Protection Agency, Region IX, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　Defendants. | Case No. 3:24-cv-286-RS<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT STATEMENT DEADLINE** |

Pursuant to Local Rule 6-2 and Plaintiffs Our Children's Earth Foundation and Ecological Rights Foundation and Defendants U.S. Environmental Protection Agency, Michael S. Regan, in his official capacity as Administrator, U.S. Environmental Protection Agency, and Martha Guzman, in her official capacity as Regional Administrator, U.S. Environmental Protection Agency, Region IX, stipulate as follows:

1. On January 23, 2024, the Court set this case for an April 18, 2024 initial case management conference, and set April 11, 2024 as the deadline to file a case management statement. Dkt. No. 12.

2. On April 1, 2024, Defendants filed an Administrative Motion to Continue the Initial Case Management Conference. Dkt. No. 23.

3. On April 2, 2024, the Court granted Defendants' motion and continued the initial case management conference from April 18, 2024 to July 18, 2024. Dkt. No. 24. The Court's order did not directly address the parties' deadline to file a case management statement.

4. In the interest of clarity and consistent with the Court's prior scheduling order, the Parties respectfully request that this Court enter this stipulation and continue the deadline to file a case management statement from April 11, 2024 to July 11, 2024, seven days prior to the initial case management conference.

5. Aside from the continuance of the case management conference, as referenced above, no prior extensions of time have been requested or granted in this case. Purpuro Declaration ¶ 6.

6. The requested time modifications will have no impact on the schedule for this case except as outlined above. *Id.*

7. Pursuant to Civil Local Rule 5-1(i)(3), the undersigned counsel for Defendants attests that the other signatories listed below concur in the filing of this document. *Id.* ¶ 7.

Respectfully submitted,

Date: April 11, 2024

   /s/ Alexander M. Purpuro
ALEXANDER M. PURPURO
FL Bar No. 1025872
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20002
Alexander.Purpuro@usdoj.gov
Telephone (202) 514-9771
Facsimile (202) 514-8865

*Attorney for Defendants*

   /s/ Brian Orion (email auth. 4/11/2024)
BRIAN ORION
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
Borion@enviroadvocates.com
Telephone: (858) 354-8222
Facsimile: (415) 358-5695

*Counsel for Plaintiffs*

JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT STATEMENT
DEADLINE
CASE NO. 3:24-cv-286-RS

3

**ORDER**

The Parties' Joint Stipulation to Continue the Case Management Statement Deadline is hereby **GRANTED**.  The case management statement deadline is continued from April 11, 2024 to July 11, 2024.

**IT IS SO ORDERED**

Dated:   April 12, 2024

_____
RICHARD SEEBORG
United States Chief District Judge