Christopher Sproul (Cal. Bar No. 126398)
Brian Orion (State Bar No. 239460)
Stuart Wilcox (Cal. Bar No. 327726)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
Email:  borion@enviroadvocates.com
Email: wilcox@enviroadvocates.com

Attorneys for Plaintiffs
OUR CHILDREN'S EARTH FOUNDATION and
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, a non-profit corporation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation, | Civil Case No. 3:24-cv-00286-RS |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |
| v. | |
| MICHAEL S. REGAN, in his official capacity as Administrator, United States Environmental Protection Agency, MARTHA GUZMAN, in her official capacity as Regional Administrator, United States Environmental Protection Agency, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendants. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### NOTICE OF APPEAL

Notice is hereby given that Our Children's Earth Foundation and Ecological Rights Foundation, plaintiffs in the above-referenced case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Motion to Dismiss entered on June 11, 2024 (Dkt. 37), which dismissed plaintiffs' sole claim for lack of subject matter jurisdiction.

Pursuant to Ninth Circuit Rule 3-2(b), a Representation Statement is attached to this notice.

Dated: June 12, 2024

Respectfully submitted,

/s/ Brian Orion
Brian Orion
Environmental Advocates

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiffs state that the parties are represented by counsel whose names, addresses, and telephone numbers appear below:

Plaintiffs Our Children's Earth Foundation and Ecological Rights Foundation are represented by:

Christopher Sproul (Cal. Bar No. 126398)
Brian Orion (State Bar No. 239460)
Stuart Wilcox (Cal. Bar No. 327726)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
Email:  borion@enviroadvocates.com
Email: wilcox@enviroadvocates.com

Defendants Michael S. Regan, Martha Guzman, and the United States Environmental Protection Agency are represented by:

Todd Kim
Assistant Attorney General
Alexander M. Purpuro (FL Bar No. 1025872)
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20002
Telephone: (202) 514-9771
Email: Alexander.Purpuro@usdoj.gov